UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| GLORIA G. VILLAREAL, INDIVIDUALLY § <br> AND A/N/F OF Y.V., A MINOR, AND § <br> GLORIA L. VILLAREAL, INDIVIDUALLY § <br> AND A/N/F OF D.R., A MINOR § <br> § <br> V. § <br> § <br> MACY'S CORPORATE SERVICES, INC., § <br> A/K/A MACY'S, AND § <br> SCHINDLER ELEVATOR CORPORATION § | CIVIL ACTION NO.: 7:19-cv-00023 -RHH |

**JOINT PARTIAL MOTION TO DISMSS WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiffs, GLORIA G. VILLAREAL, individually and a/n/f of Y.V., and GLORIA L. VILLAREAL, individually and a/n/f of D.R.; and Defendant, SCHINDLER ELEVATOR CORPORATION ("Schindler"), respectfully move the Court to enter a dismissal with prejudice of all causes of action by Plaintiffs against Schindler only in the above-referenced matter and, in support thereof, would respectfully show the Court that Plaintiffs have settled this lawsuit with Schindler and no longer desire to prosecute their claim against Schindler.  Plaintiffs previously settled their claims in this lawsuit with Defendant Macy's Corporate Services, Inc. a/k/a Macy's.

Based on the foregoing, the parties respectfully pray that the Court grant their Joint Motion to Dismiss With Prejudice as to Plaintiffs' claim against Defendant, Schindler Elevator Corporation, in the above-styled lawsuit, and for such other and further relief to which they may show themselves justly entitled.

This 5th day of November 2020.

- 2 -

**JESUS SOTELO & ASSOCIATES, PLLC**

BY:  /s/ *Jesus Sotelo*
JESUS SOTELO
State Bar of Texas No. 18855725
Email: jstl256@msn.com
3608 Buddy Owens Blvd., Ste. A
McAllen, TX 78504
Telephone: 956-631-9999
Facsimile: 956-631-8080
ATTORNEY FOR PLAINTIFFS


**THE AUBERT LAW FIRM**

BY:  /s/ *Christopher J. Aubert*
CHRISTOPHER J. AUBERT, T.A.
State Bar of Texas No. 24054867
Southern District of Texas Federal Bar No. 754566
Email: caubert@aubertlaw.com
BRENTON P. MONTELEONE
State Bar of Texas No. 24010243
Southern District of Texas Federal Bar No. 29907
Email: bmonteleone@aubertlaw.com
222 North Vermont Street
Covington, Louisiana 70433
Telephone: (985) 809-2000
Facsimile:  (985) 809-2001
ATTORNEYS FOR DEFENDANT
SCHINDLER ELEVATOR CORPORATION